| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Davis, Mark S | 2. Court or Organization U.S. District Court, E.D. Va. | 3. Date of Report 11/19/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Nominee | 5a. Report Type (check appropriate type) [X] Nomination, Date 11/15/2007 [ ] Initial [ ] Annual [ ] Final 5b. [ ] Amended Report | 6. Reporting Period 01/01/2006 to 11/19/2007 |
| 7. Chambers or Office Address Portsmouth Circuit Court 601 Crawford Street Portsmouth, VA 23704-3807 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Circuit Court Judge | Third Judicial Circuit of Virginia (Portsmouth Circuit Court) |
| 2. Trustee | Board of Trustees of Westminster-Canterbury on the Chesapeake Bay in Virginia Beach, Virginia |
| 3. Visitor | Regent University School of Law Board of Visitors, an advisory board (without policy-making authority) to the law school dean |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | Virginia Retirement System |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Commonwealth of Virginia | $ 134,195 |
| 2. 2006 | Commonwealth of Virginia | $ 139,988 |
| 3. 2007 | Commonwealth of Virginia | $ 125,605 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | Exempt |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S | 11/19/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | Exempt | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S | 11/19/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Nationwide Life Insurance Whole Life Policy | | None | K | T | Exempt | | | | |
| 2. Lincoln National Annuity | | | | . | | | | | |
| 3. Commonwealth of Virginia 457 Plan | A | Dividend | J | U | | | | | |
| 4. Commonwealth of Virginia 401(a) Plan | A | Dividend | J | U | | | | | |
| 5. Virginia Retirement System Pension | | | | | | | | | |
| 6. IRA #1 | E | Dividend | M | T | | | | | |
| 7. - UBS Pace Money Market Investment Fund Class P | | | | | | | | | |
| 8. - American Funds Growth Fund of America Class F | | | | | | | | | |
| 9. - ING International Value Fund Class A | | | | | | | | | |
| 10. - PIMCO Total Return Fund Class A | | | | | | | | | |
| 11. - Blackrock U.S. Opportunities A | | | | | | | | | |
| 12. - DWS Dreman High Return Equity Fund Class A | | | | | | | | | |
| 13. - First Eagle Overseas Fund Class A | | | | | | | | | |
| 14. - Royce Premier Fund | | | | | | | | | |
| 15. - UBS U.S. Large Cap Equity Fund Class A | | | | | | | | | |
| 16. - Loomis Sayles Strategic Income Fund Class A | | | | | | | | | |
| 17. - Oppenheimer International Bond Fund Class A | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C1) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Blackrock Core Bond Portfolio Fund Class A | | | | | | | | | |
| 19. - Calamos Growth Fund Class A | | | | | | | | | |
| 20. - Lord Abbett Affiliated Fund Class A | | | | | | | | | |
| 21. - Pimco Foreign Bond Fund Class A | | | | | | | | | |
| 22. - Royce Opportunity Fund | | | | | | | | | |
| 23. - Scudder Dreman High Return Fund Class A | | | | | | | | | |
| 24. UBS Financial Services, Inc. - Cash Equivalent Account | A | Dividend | | | | | | | |
| 25. Phoenix Balanced Fund Class A | A | Dividend | | | | | | | |

1. Income Gain Codes:  
(See Columns B1 and D4)  
2 Value Codes  
(See Columns C1 and D3)  
3. Value Method Codes  
(See Column C2)

A =$1,000 or less  
F =$50,001 - $100,000  
J =$15,000 or less  
N =$250,001 - $500,000  
P3 =$25,000,001 - $50,000,000  
Q =Appraisal  
U =Book Value

B =$1,001 - $2,500  
G =$100,001 - $1,000,000  
K =$15,001 - $50,000  
O =$500,001 - $1,000,000  
R =Cost (Real Estate Only)  
V =Other

C =$2,501 - $5,000  
H1 =$1,000,001 - $5,000,000  
L =$50,001 - $100,000  
P1 =$1,000,001 - $5,000,000  
P4 =More than $50,000,000  
S =Assessment  
W =Estimated

D =$5,001 - $15,000  
H2 =More than $5,000,000  
M =$100,001 - $250,000  
P2 =$5,000,001 - $25,000,000  
T =Cash Market

E =$15,001 - $50,000

**FINANCIAL DISCLOSURE REPORT**

Page 6 of 7

Name of Person Reporting

Davis, Mark S

Date of Report

11/19/2007

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

\* The following mutual funds, listed under IRA #1 in section VII, were sold during the reporting period and the proceeds were reinvested in the other assets of the IRA: Blackrock Core Bond Porfolio Fund Class A; Calamos Growth Fund Class A; Lord Abbett Affiliated Fund Class A; Pimco Foreign Bond Fund Class A; Royce Opportunity Fund; Scudder Dreman High Return Fund Class A.

\* The Phoenix Balanced Fund Class A, and the UBS Financial Services Inc. Cash Equivalent Account (known as the UBS Cash Fund, Inc.), reported in section VII, were sold (in 2007) during the reporting period and the liquid assets were paid out to me.

**FINANCIAL DISCLOSURE REPORT**

Page 7 of 7

Name of Person Reporting

Davis, Mark S

Date of Report

11/19/2007

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Mark S. Davis_          Date _11-19-07_ .

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 4 | 500 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | 3 | 230 |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 3 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 351 | 899 |
| Real estate owned-add schedule | | 544 | 080 | Chattel mortgages and other liens payable | | 8 | 475 |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 56 | 000 | VISA – TCM/Heritage Bank | | 3 | 753 |
| Cash value-life insurance | | 15 | 504 | | | | |
| Other assets itemize: | | | | | | | |
| UBS Managed IRA | | 150 | 019 | | | | |
| Lincoln National Annuity | | 4 | 944 | | | | |
| | | | | Total liabilities | | 370 | 357 |
| . | | | | Net Worth | | 404 | 690 |
| Total Assets | | 775 | 047 | Total liabilities and net worth | | 775 | 047 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

NET WORTH SCHEDULES:
Real estate owned ($544,080) and Real estate mortgages payable ($351,899) refer to personal residence.